**IN THE UNITED STATES DISTRICT COURT**
**For The**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>David Nunn<br><br>Defendant. | Case No. 6:25-mj-00036-HBK<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | 36 C.F.R. § 2.17(a)(3) |
| **Sentence Date:** | September 16, 2025 |
| **Review Hearing Date:** | August 11, 2026 |
| **Probation Expires On:** | September 16, 2026 |

***CONDITIONS OF UNSUPERVISED PROBATION:***

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,260.00 which Total Amount is made up of a Fine: $ 750.00 Special Assessment: $ 10.00 Processing Fee: $ Choose an item. Restitution: $ 500.00

☐ Payment schedule of $ per month by the of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Serve two days in custody and abstain from visiting Yosemite National Park except for attending court hearings.

***DEFENSE POSITION:***

☒ To date, Defendant has paid a total of $ 1,260.00
☐ If not paid in full when was last time payment: Date: Click here to enter a date.
Amount: $

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☒ Compliance with Other Conditions of Probation: Mr. Nunn has served his custodial term and abstained from visiting Yosemite National Park as required.

***GOVERNMENT POSITION:***

☒ The Government agrees to the above-described compliance.

☒ Defendant has complied with and completed all conditions of probation described above.

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: Nancy Phillipe (Rule 180)

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 8/11/2026 at 1:00 p.m.

☐ be continued to Click here to enter a date. at 10:00 a.m.; or

☒ be vacated. In the alternative, Mr. Nunn requests that the review hearing be conducted virtually due to him living outside the Eastern District of California and is scheduled for surgery within the next two weeks. The government agrees with the request to vacate the hearing.

☒ that Defendant's unsupervised probation be terminated, and that the case be closed. The government is in agreement with this request.

DATED: 7/28/2026

*/s/ Lisa Ndembu Lumeya*
DEFENDANT'S COUNSEL

**O R D E R**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED. The Court orders that Choose an item.

☐ DENIED.

DATED: _________

**HELENA M. BARCH-KUCHTA**
United States Magistrate Judge